Attorney Registration No. 0032701.

By order dated August 3, 2006, the court accepted respondent's resignation from the practice of law as a resignation with disciplinary action pending in case No. 2006–1098, *In re Resignation of Lemieux.* Pursuant to the court's order and Gov.Bar R. V(11)(G), the resignation is unconditional, final, and irrevocable.

Accordingly, it is ordered by the court that case No. 2006–1159, *In re Lemieux*, is dismissed as moot.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 10, 2006*

[Cite as 08/10/2006 Case Announcements, 2006-Ohio-4085.]

## MOTION AND PROCEDURAL RULINGS

**2006–1478.  Adkins v. Wilson.**
In Habeas Corpus. This cause originated in this court on the filing of a complaint for a writ of habeas corpus. Upon consideration thereof,

IT IS ORDERED by the court, sua sponte, that the writ is allowed. Allowing the writ means only that a return is ordered.

IT IS FURTHER ORDERED that respondent shall file a return of writ within three days of service of the petition, and petitioner may file a response within three days after the return is filed. Respondent shall provide a copy of the return to the petitioner on the same date that the return is filed. Petitioner's physical presence before the court is not required.

## MISCELLANEOUS DISMISSALS

**2006–1070.  State ex rel. Foster v. Buchanan.**
Cuyahoga App. No. 85962, 2006-Ohio-2061. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellant has not filed a merit brief, due July 26, 2006, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause is dismissed sua sponte.

**2006–1124.  State ex rel. Girard v. Bernard.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2006–1349.  State v. Carpenter.**
Erie App. No. E–04–043, 2006-Ohio-3048. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due July 31, 2006 in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2006–1114.   Westerville City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.
Board of Tax Appeals, No. 2004–A–1343.